**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Sally Gil and Suzette Rene, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Allied Interstate LLC,

        Defendant.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 19 2017 ★

LONG ISLAND OFFICE

Docket No: 2:17-cv-03362-ADS-AYS

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: December 15, 2017

| | |
|---|---|
| **REED SMITH LLP** | **BARSHAY SANDERS, PLLC** |
| By: _/s Nan Japaridze_ | By: _/s Craig B. Sanders_ |
| Nan Japaridze, Esq. | Craig B. Sanders |
| 599 Lexington Avenue | 100 Garden City Plaza, Suite 500 |
| New York, New York 10022 | Garden City, New York 11530 |
| Tel: (212) 549-0282 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 111733 |
| | *Attorneys for Plaintiff* |

SO ORDERED: Case shall remain closed.

s/ Arthur D. Spatt

Arthur D. Spatt, U.S.D.J.

12/19/17
Date